DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIE E. COBB,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D15-1711

[March 23, 2016]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562009CF000718A.

Willie E. Cobb, Avon Park, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Richard Valuntas, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Dismissed. *See Godwin v. State,* 593 So. 2d 211 (Fla. 1992).

CIKLIN, C.J., TAYLOR and KLINGENSMITH, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*